# LAW OFFICES OF NOLAN KLEIN, P.A.

**ATTORNEYS & COUNSELORS**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V. Ramirez, Esq.
ramirez@nklegal.com

JAN 2 2 2020

January 21, 2020

**VIA ECF**
Honorable Judge Alison Nathan
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to February 21, 2020 at 3:45 p.m.

Re:   *Mercer v. Blue Diamond, LLC*
      SDNY Case No.: *19-cv-08147*

Dear Judge Nathan,

This office represents the Plaintiff, STACEY MERCER, in the above-captioned case. An initial pre-trial conference is scheduled for January 24, 2020 at 3:15 p.m.

To date, Counsel for Defendant, BLUE DIAMOND, LLC, has not made an appearance and responses were due on December 30, 2019. However, Plaintiff would like an opportunity to reach out and try to get Defendant to participate in the action instead of seeking a default. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendant to make an appearance or to move for default against them. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

SO ORDERED: 1/22/20

*[signature]*
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: __*/s/ Hector V. Ramirez*__
    HECTOR V. RAMIREZ, ESQ.
    (HR3270)

HVR/amd