# LAW OFFICES OF NOLAN KLEIN, P.A. | ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

FEB 19 2020

Hector V. Ramirez, Esq.
ramirez@nklegal.com

February 13, 2020

**VIA ECF**
Honorable Judge Alison Nathan
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> The Initial Pretrial Conference in this matter is hereby ADJOURNED to April 24, 2020 at 3:45 p.m. No further requests to adjourn the Initial Conference will be granted. If Defendant fails to appear by April 24, 2020, Plaintiff is directed to move for default judgment no later than May 1, 2020 pursuant to the Undersigned's Individual Practices in Civil Cases.

Re: *Mercer v. Blue Diamond, LLC*
*SDNY Case No.: 19-cv-08147*

Dear Judge Nathan,

    This office represents the Plaintiff, STACEY MERCER, in the above-captioned case. An initial pre-trial conference is scheduled for February 21, 2020 at 3:45 pm, rescheduled from January 24, 2020.

    At this time, Defendant, BLUE DIAMOND, LLC, has yet to make an appearance and responses were due on December 30, 2019. Efforts are still being made to make contact with Defendant and Plaintiff would still like the opportunity to have Defendant participate in the action instead of seeking a default. As such, Plaintiff respectfully requests that this Court adjourn the conference for an additional 60 days to allow Defendant to make an appearance or to move for default against them. This is our second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

    We thank the Court for your time and consideration in this matter.

SO ORDERED: 2/19/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: */s/ Hector V. Ramirez*
    HECTOR V. RAMIREZ, ESQ.
    (HR3270)

HVR/amd